IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLAUDIA ASTRID HURTADO VARGAS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant. ) <br> ) | File No. 12-508C <br><br> Judge Elaine D. Kaplan |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF ATTORNEY, FILED WITH THE CONSENT OF PLAINTIFF'S ATTORNEY OF RECORD**

Plaintiff Claudia Astrid Hurtado Vargas hereby moves, pursuant to Rule of the United States Court of Federal Claims ("RCFC") 83.1(c)(4), for leave of Court to substitute her attorney of record in this action. In support of her motion, Plaintiff incorporates by reference, as if fully set forth herein, the Affidavit of Appointment of Douglas W. Baruch, Esquire.

Plaintiff's attorney of record in this action has been Ignacio J. Alvarez Martinez, Esquire of Alvarez Martinez Law Firm, LLC of Washington, D.C. On April 29, 2014, Plaintiff Hurtado Vargas engaged Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") as co-counsel in this case. Plaintiff now seeks to substitute Douglas W. Baruch of Fried Frank as her attorney of record. Mr. Alvarez will continue to represent Plaintiff and he, along with Neaha P. Raol, an attorney at Fried Frank that will assist Mr. Baruch, will be designated as "Of Counsel" in filings submitted by Plaintiff in accordance with RCFC 83.1(c)(1).

Plaintiff's current attorney of record, Mr. Alvarez, consents to the substitution of attorney, as set forth below.

For the foregoing reasons, Plaintiff respectfully requests leave of this Court to substitute her attorney of record in this matter.

A proposed form of Order is enclosed.

Respectfully submitted,

/s/ Douglas W. Baruch
Douglas W. Baruch
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, DC  20006
Douglas.Baruch@friedfrank.com
Phone:  (202) 639-7052
Facsimile: (202) 639-7003

*Counsel for Plaintiff Claudia Astrid Hurtado Vargas*

Dated:  May 5, 2014


I, Ignacio J. Alvarez Martinez, hereby consent to Plaintiff's Motion for Substitution of Attorney.

/s/ Ignacio J. Alvarez Martinez
IGNACIO J. ALVAREZ MARTINEZ
Alvarez Martinez Law Firm LLC
1701 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
ialvarez@alvarezmartinezlaw.com
Phone:  (202) 465-4814
Facsimile:  (202) 640-4374

Dated:  May 5, 2014

## CERTIFICATE OF SERVICE

     I hereby certify that, on May 5, 2014, a copy of the foregoing Motion for Substitution of Attorney, Filed with the Consent of Plaintiff's Attorney of Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

                                                                            _____

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLAUDIA ASTRID HURTADO VARGAS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. )<br>) | File No. 12-508C<br><br>Judge Elaine D. Kaplan |

### **AFFIDAVIT OF APPOINTMENT OF DOUGLAS W. BARUCH**

I, Douglas W. Baruch, of full age, state as follows:

1. I am an attorney at law in the District of Columbia, and I am admitted to the United States Court of Federal Claims. I am one of the attorneys handling this matter for Plaintiff Claudia Astrid Hurtado Vargas ("Ms. Hurtado").

2. On April 30, 2014, I was admitted to practice before this Court.

3. Ms. Hurtado has requested that I be her attorney of record in connection with this litigation.

4. I have discussed this matter with Ignacio J. Alvarez Martinez, Esquire, and he has consented to Ms. Hurtado's request to substitute her attorney of record.

I declare under penalty of perjury under United States law that the foregoing is true and correct.

                    /s/ Douglas W. Baruch
                    Douglas W. Baruch
                    Fried, Frank, Harris, Shriver & Jacobson LLP
                    801 17th Street, NW
                    Washington, DC  20006
                    Douglas.Baruch@friedfrank.com
                    Phone:  (202) 639-7052
                    Facsimile: (202) 639-7003

                    *Counsel for Plaintiff*
                    *Claudia Astrid Hurtado Vargas*

Dated:  May 5, 2014

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLAUDIA ASTRID HURTADO VARGAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | File No. 12-508C |
| ) | |
| UNITED STATES OF AMERICA ) | Judge Elaine D. Kaplan |
| ) | |
| Defendant. ) | |
| ) | |

### **ORDER**

AND NOW, this _____ day of May, 2014, upon consideration of Plaintiff Claudia Astrid Hurtado Vargas' Motion for Leave of Court to Substitute Attorney, and with the consent of the attorney of record for the Plaintiff, it is hereby,

ORDERED, that Plaintiff Claudia Astrid Hurtado Vargas' request is granted.  It is hereby further

ORDERED, that Douglas W. Baruch, Esquire, is substituted for Ignacio J. Alvarez Martinez, Esquire, as attorney of record for Plaintiff Claudia Astrid Hurtado Vargas.

_____
JUDGE ELAINE D. KAPLAN