# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *
                                 *
CLAUDIA ASTRID HURTADO VARGAS,   *
                                 *
           Plaintiff,            *      No. 12-508C
                                 *
      v.                         *      (Filed:  April 28, 2015)
                                 *
THE UNITED STATES OF AMERICA,    *
                                 *
           Defendant.            *
                                 *
* * * * * * * * * * * * * * * * *
```

**ORDER**

Before the Court is the parties' joint motion to stay consideration of the government's motion to dismiss the plaintiff's complaint on statute of limitations grounds (ECF No. 42) and its motion for a protective order to stay the deposition of witnesses (ECF No. 54).  Oral argument on both motions was scheduled for April 30, 2015.  The parties have advised the Court that they are currently engaged in discussing a potential resolution and settlement of this case and that staying consideration of the pending motions will facilitate such discussions and negotiations.

The motion is **GRANTED**.  Proceedings in this case are **STAYED**.  The parties shall file a joint status report to the Court no later than May 15, 2015 advising the Court of the status of the parties' negotiations.

**IT IS SO ORDERED.**

                                                                                 s/Elaine D. Kaplan
                                                                                 ELAINE D. KAPLAN
                                                                                 Judge, U.S. Court of Federal Claims