IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CLAUDIA ASTRID HURTADO VARGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-508C |
| | ) | (Judge Kaplan) |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S SUPPLEMENTAL RESPONSE TO MOTION TO INTERVENE</u>**

Defendant, the United States, respectfully submits this supplemental response to the motion to intervene filed by the Alvarez Martinez Law Firm (Alvarez Martinez), former counsel of record for the plaintiff in this case, Ms. Hurtado. In our initial response filed on March 21, 2016, we notified Alvarez Martinez, the parties, and the Court that the United States submitted the signed settlement agreement to the Judgment Fund for payment to Ms. Hurtado in accordance with 31 U.S.C. § 1304 and the parties' settlement agreement. This was also in accordance with the parties' joint status report, filed on March 4, 2016, in which the parties informed the Court that they were proceeding with their respective obligations under the settlement agreement and expected to file a stipulation with prejudice within the next 30 days, by April 4, 2016. ECF No. 84. The Judgment Fund has recently informed the Government that payment has been made to plaintiff, in accordance with the settlement agreement. The Government promptly notified counsel for Alvarez Martinez of the payment. The parties, the United States and Ms. Hurtado, will file a stipulation of dismissal with prejudice shortly.

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Assistant Attorney General

|  |  |
|---|---|
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Steven J. Gillingham<br>STEVEN J. GILLINGHAM |
| OF COUNSEL: | Assistant Director |
|  | s/ James P. Connor |
| CHRISTOPHER J. CARNEY<br>Senior Trial Counsel | JAMES P. CONNOR<br>Senior Trial Counsel<br>Commercial Litigation Branch |
| MICHAEL A. RODRIGUEZ<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice | Civil Division<br>U.S. Department of Justice<br>Ben Franklin Station<br>P. O. Box 480<br>Washington, DC 20044<br>Tel: (202) 307-6290 |
| March 29, 2016 | Attorneys for Defendant |