IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| _____<br>  )<br>CLAUDIA ASTRID HURTADO VARGAS  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE UNITED STATES OF AMERICA  )<br>  )<br>  Defendant.  )<br>_____ ) | No. 12-508C<br>Judge Elaine D. Kaplan<br><br>**MOTION TO STRIKE<br>INCORRECTLY FILED DOCUMENT;<br>OR, ALTERNATIVELY SEAL<br>DOCKET NUMBER 85, EXHIBIT 5** |

**MOTION TO STRIKE INCORRECTLY FILED DOCUMENT; OR,
ALTERNATIVELY SEAL DOCKET NUMBER 85, EXHIBIT 5**

ALVAREZ MARTINEZ LAW FIRM, L.L.C. ["Alvarez Martinez"] hereby moves to strike Exhibit 5 (the "Exhibit") of its Motion to Intervene (Docket Number 85). The Exhibit was inadvertently attached to the Motion to Intervene filed with the Court. As noted in footnote 6 of the Motion to Intervene, Alvarez Martinez did not intend to disclose certain information contained in the Exhibit and thus did not intend to file the Exhibit that set forth this information. After being made aware of this oversight by the Mr. Connor, Defendant's counsel, during a phone conversation after the filing of the Motion to Intervene, Counsel sought the appropriate method of proceeding to strike this Exhibit. Because it received somewhat contradictory information on the proper manner in which to proceed, Counsel delayed its filing of this motion. After speaking with the CM/ECF Help Desk on March 29, 2016, the CM/ECF Help Desk representative indicated that, in connection with the filing of this motion, public access to the Exhibit would be temporarily suspended pending the Court's adjudication of the present motion.

1

Accordingly, Alvarez Martinez requests that Exhibit 5 of Docket Number 85 be permanently struck from the docket; or, alternatively that it be sealed.

Respectfully submitted,

/s/  Paul O'Reilly
Paul O'Reilly, Esq.
O'REILLY & MARK, P.C.
11200 Rockville Pike, Ste. 405
N. Bethesda, MD 20852
T (301)231-6330
F (301)231-6122
Email: Poreilly@oreillymark.com
*Attorney for Intervenor*
*Alvarez Martinez Law Firm LLC.*

### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLAUDIA ASTRID HURTADO VARGAS ) | |
| ) | |
| Plaintiff, ) | No. 12-508C |
| ) | Judge Elaine D. Kaplan |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

UPON CONSIDERATION of the Motion to Strike Incorrectly Filed Document; Or, Alternatively Seal Docket Number 85, Exhibit 5 filed by the Alvarez Martinez Law Firm, LLC, and any responses thereto, it is this _____ day of _____, 2016 hereby

ORDERED that the Motion to Strike Incorrectly Filed Document; Or, Alternatively Seal Docket Number 85, Exhibit 5 is GRANTED; and it is further

ORDERED that Exhibit 5 of Docket Number 85 is permanently struck from the docket in this matter.

**IT IS SO ORDERED.**

_____
ELAINE D. KAPLAN
Judge, U.S. Federal Court of Claims

.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2016, a true copy of the foregoing was served on all parties to the herein action by the filing of the foregoing via ECF.

/s/ Paul O'Reilly_____
Paul O'Reilly, Esq.