# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CLAUDIA ASTRID HURTADO VARGAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-508C |
| | ) | |
| v. | ) | Judge Elaine D. Kaplan |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Upon reaching an agreement to resolve this case, the parties, by and through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court of Federal Claims, stipulate to the voluntary dismissal with prejudice of the above-captioned case, with each party to bear its own legal costs, attorney fees, and expenses.

|  | Respectfully submitted, |
|---|---|
| /s/ Douglas W. Baruch<br>DOUGLAS W. BARUCH<br>NEAHA P. RAOL<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>801 17th Street, NW<br>Telephone:  (202) 639-7000<br>Facsimile:  (202) 639-7003<br>douglas.baruch@friedfrank.com<br>neaha.raol@friedfrank.com | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>/s/ Steven J.  Gillingham<br>STEVEN J. GILLINGHAM<br>Assistant Director<br><br>/s/James P. Connor<br>JAMES P. CONNOR<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice,<br>Ben Franklin Station<br>P. O. Box 480<br>Washington, DC 20044<br>Tel: (202) 307-6290<br>Email:  james.connor@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant |

March 30, 2016