# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * *
                               *
CLAUDIA ASTRID HURTADO VARGAS, *
                               *
         Plaintiff,            *        No. 12-508C
                               *
     v.                        *        (Filed: March 30, 2016)
                               *
THE UNITED STATES OF AMERICA,  *
                               *
         Defendant.            *
                               *
* * * * * * * * * * * * * * * *
```

**<u>ORDER</u>**

On March 4, 2016, the Alvarez Martinez Law Firm filed a motion to intervene in this case. ECF No. 85. It now files a motion to strike Exhibit 5 of its motion to intervene because the exhibit was inadvertently attached and contains sensitive information. ECF No. 91. The motion to strike is hereby **GRANTED**. Accordingly, the Clerk of the Court is directed to strike Exhibit 5 of ECF No. 85 from the record.

**IT IS SO ORDERED.**

s/Elaine D. Kaplan<br>
ELAINE D. KAPLAN<br>
Judge, U.S. Court of Federal Claims